**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-1469**

―――――――――

HAILE-EYESUS ASMEREW ENDESHAW,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

―――――――――

On Petition for Review of an Order of the Board of Immigration Appeals.  (No. A75-369-717)

―――――――――

Submitted:  October 17, 2001        Decided:  November 26, 2001

―――――――――

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Derege B. Demissie, DOHERTY & DEMISSIE, Cambridge, Massachusetts, for Petitioner.  Stuart E. Schiffer, Acting Assistant Attorney General, Robert M. Loeb, Neaclesa Anderson, Appellate Staff, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Haile-Eyesus Asmerew Endeshaw, a native and citizen of Ethiopia, petitions this court for review of a final order of the Board of Immigration Appeals (Board) denying relief on his motions to reopen removal proceedings and for reconsideration following the issuance of a removal order in absentia. We have reviewed the administrative record and Board's order and find no abuse of discretion in the Board's denial of relief. See Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999); In re J-P-, Int. Dec. 3348 (BIA 1998); 8 U.S.C.A. § 1229a(e)(1) (West 1999).

We accordingly affirm the Board's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED